UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 3:22-cv-113 |
| v. | ) |
| | ) Judge James G. Carr |
| **THE MANHATTAN BUILDING COMPANY,** et al | ) |
| Defendants. | ) |

# **STIPULATION AND PROPOSED ORDER OF DISMISSAL**

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the confidential Release and Settlement Agreement.

Date: May 20, 2022

Law Offices of Owen Dunn, Jr.

/s/ Owen B, Dunn, Jr.
Owen B. Dunn Jr. (0074743)
The Ottawa Hills Shopping Center
4334 W. Central Avenue, Suite 222
Toledo, OH  43615
Phone:  (419) 241-9661
Fax:     (419) 241-9737
Email:  dunnlawoffice@sbcglobal.net
*Attorney for Plaintiff, Leland Foster*

SHUMAKER, LOOP & KENDRICK, LLP

/s/ Rebecca E. Shope
Rebecca E. Shope (0083942)
1000 Jackson Street
Toledo, Ohio 43604-5573
Telephone: (419) 241-9000
Fax: (419) 241-6894
Email: rshope@slk-law.com
COUNSEL FOR ALL DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent via the Court's electronic filing system.  Parties may access this filing through the Court's system.

       /s/ Owen B. Dunn, Jr.

## **ORDER**

Pursuant to the above Stipulation,

    IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

    IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the confidential Release and Settlement Agreement.


Dated: _____, 2022

IT IS SO ORDERED.

_____
JUDGE JAMES G. CARR