Stipulation and Order of Dismissal approved and granted.

It is so ordered.
s/James G. Carr
Sr. U.S. District Court Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 3:22-cv-113 |
| v. | ) |
| | ) Judge James G. Carr |
| **THE MANHATTAN BUILDING COMPANY,** et al | ) |
| Defendants. | ) |

# STIPULATION AND PROPOSED ORDER OF DISMISSAL

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the confidential Release and Settlement Agreement.

Date: May 20, 2022

| Law Offices of Owen Dunn, Jr. | SHUMAKER, LOOP & KENDRICK, LLP |
|---|---|
| /s/ Owen B, Dunn, Jr. | /s/ Rebecca E. Shope |
| Owen B. Dunn Jr. (0074743) | Rebecca E. Shope (0083942) |
| The Ottawa Hills Shopping Center | 1000 Jackson Street |
| 4334 W. Central Avenue, Suite 222 | Toledo, Ohio 43604-5573 |
| Toledo, OH  43615 | Telephone: (419) 241-9000 |
| Phone:  (419) 241-9661 | Fax: (419) 241-6894 |
| Fax:     (419) 241-9737 | Email: rshope@slk-law.com |
| Email:  dunnlawoffice@sbcglobal.net | COUNSEL FOR ALL DEFENDANTS |
| *Attorney for Plaintiff, Leland Foster* | |